## Documented Losses

**Exhibit One**
**Date:** 08/25/06
**Place:** Roosevelt Field Mall / Store number 524
**Time:** 20:21
**Transaction:** 9997
**Register:** 704

- ~~Francis returned Two Tops and a Pair of Pants for a total of $874.43.~~
- Francis received a refund to her Debit card in the amount of $874.43. Account number 4159820003364488 was credited.
- The following items were returned:
  UPC[1]: 0883346184265    UII[2]: 060050623564
  UPC[1]: 0828156997186    UII[2]: 060050623572
  UPC[1]: 0883346241418    UII[2]: 060050623580

After investigating the return the following was discovered:
- This item was originally purchased at Store 524 Register 702, Transaction 699 on 08/22/2006 with a Mastercard credit card, account number ▓▓▓▓▓▓▓ baring the name ▓▓▓▓▓▓▓
- Nordstrom sustained a loss of $874.43.

**Evidence:**   XBR Reports

James Presland
Nordstrom Loss Prevention
EMP. 6885917

---

[1] UPC:  identifies item and the vendor information for an item
[2] UII:  Unique Item Identifier these combination of # identifies the merchandise with everything that occurred with the transactions, the UII is "married" to the item

02278



02273



02274

```
10/06/06        $.00         $.00          SITE:SD-CI   TM:LG-8200   ACID:SDPHE69
PMT DUE DATE   NEW BALANCE   MIN AMT DUE                03/07/07           22:44:03:
```



CITI CARDS
PO BOX 183058
COLUMBUS, OH
43218-3058


NY

# Citi® Platinum Select® Card                                    citi®

Account Number ...5923

**Customer Service:**
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $13650 | $0 | $3800 | $0 | $0.00 |
| Statement/Closing Date | Amount Over Credit Line | | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| 09/13/2006 | $0.00 + | | $0.00 + | $0.00 = | $0.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 8/28 | 80991336 | Payments, Credits & Adjustments<br>PAYMENT THANK YOU<br>70    0000             0000 | -240.00<br>00000000000 |
| 8/22 | 8/22 | 61J75F4G | Standard Purch<br>DUANE READE #0467    Q04 ELMONT          NY<br>61   A5912US              2222 | 21.70<br>05444006235 |
| 8/22 | 8/22 | V3J75F4G | MACY'S EAST #053          GARDEN CITY   NY<br>61   A5311US              2222 | 100.00<br>05444736235 |
| 8/22 | 8/22 | X5J75F4G | MACY'S EAST #053          GARDEN CITY   NY<br>61   A5311US              2222 | 100.00<br>05444736235 |
| 8/22 | 8/22 | FKLC3R4N | DICK'S CLOTHING&SPORTI GARDEN CITY   NY<br>61   A5655US              2222 | 130.33<br>55548076235 |
| 8/22 | 8/22 | RDMZ8RL2 | TARGET      00012625 VALLEY STREAM NY<br>61   A5310US              2222 | 141.99<br>05410196235 |
| 8/22 | 8/22 | TS6XD05G | WENDY'S #7808       Q25 GARDEN CITY   NY<br>61   A5814US              2222 | 13.32<br>05444006235 |
| 8/22 | 8/22 | LON26V30 | ABRAHAM, INC.        Q39 ROSEDALE       NY<br>61   D5542US              2222 | 18.07<br>55541866235 |
| 8/22 | 8/22 | BCHYGS30 | ECKERD DRUGS   #5592     ELMONT         NY<br>61   B5912US              2222 | 22.79<br>55541866235 |
| 8/22 | 8/22 | YGBYJP4G | CVS PHARMACY #0369 Q03 WEST HEMPSTEA NY<br>61   A5912US              2222 | 63.50<br>05444006235 |
| 8/22 | 8/22 | 46F68WS6 | GAP #0715/THE            GARDEN CITY   NY<br>61   A5999US              2222 | 269.39<br>25411176235 |
| 8/22 | 8/22 | MRBYJP4G | NORDSTROM #0523          WHITE PLAINS  NY<br>61   A5311US              2222 | 322.14<br>05444006235 |
| 8/22 | 8/22 | 3514VVS6 | THE SOURCE #3635         WESTBURY      NY<br>61   A5999US              2222 | 402.00<br>25411176235 |
| 8/22 | 8/22 | SL25VVS6 | THE WESTCHESTER #4676   WHITE PLAINS  NY<br>61   A5999US              2222 | 402.00<br>25411176235 |
| 8/22 | 8/22 | 50CYJP4G | NORDSTROM-RACK #0529    WESTBURY      NY<br>61   A5311US              2222 | 502.44<br>05444006235 |
| 8/22 | 8/22 | T*2H84XQ | GOTHIC CABINET CRAFT    WEST HEMPSTEA NY<br>61   A5712US              2222 | 509.45<br>55460296235 |
| 8/22 | 8/22 | HKBYJP4G | NORDSTROM #0523          WHITE PLAINS  NY<br>61   A5311US              2222 | 749.73<br>05444006235 |
| 8/22 | 8/22 | 8VBYJP4G | NORDSTROM #0524          GARDEN CITY   NY<br>61   A5311US              2222 | 972.19<br>05444006235 |
| 8/22 | 8/22 | WXBYJP4G | NORDSTROM #0524          GARDEN CITY   NY<br>61   A5311US              2222 | 1,122.10<br>05444006235 |
| 8/23 | 8/23 | G9L56V30 | ABRAHAM, INC.        Q39 ROSEDALE       NY<br>61   D5542US              2222 | 16.84<br>55541866235 |
| 8/23 | 8/23 | RC7JKGC8 | WALDENBOOKS   01018308 WESTBURY      NY<br>61   B5942US              2222 | 25.00<br>05410196236 |
| 8/23 | 8/23 | NWVVYNNB | AT THE CAR WASH         RODEDALE      NY<br>61   A7542US              2222 | 26.10<br>85500396236 |
| 8/23 | 8/23 | 7XX2PG04 | RED LOBSTER US00003749 VALLEY STREAM NY<br>61   B5812US              2222 | 95.38<br>05410196236 |
| 8/23 | 8/23 | 3BY2PG04 | RED LOBSTER US00003749 VALLEY STREAM NY<br>61   B5812US              2222 | 110.00<br>05410196236 |
| 8/23 | 8/23 | MV9*NL5G | NORDSTROM #0524          GARDEN CITY   NY<br>61   A5311US              2222 | 200.00<br>05444006236 |
| 8/23 | 8/23 | 5TJXKTV6 | ROOSEVELT FIELD MALL # GARDEN CITY   NY<br>61   A5999US              2222 | 202.00<br>25411176236 |

01442

ID PAYMENTS TO:

# NORDSTROM

## Roosevelt Field
630 Old Country Road
Garden City, NY 11530
(516) 746-0011

)re 524        Reg# 702        Tran# 699
.E        Rng# 4269692        Sel# 4269692


       0000000000-0        1122.10
*********6923 S


8/22/2006     08:25 PM

s purchase is to be charged to my account and I agree
›ay above total amount according to the terms of my
d holder agreement.

Store Copy

02279



02275



02276



| Date | Day | Time | Type | Category | Auth | Ref | Amount | Fee | Signed | Payment | Card | Name | Approved |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/06 | Tuesday | 2054 | 529 | Customer Service | 1206 | 140 | 7322498 | Eskra, Stephanie | Hourly | 8.38 | ($593.51) | N | Debit Card | | | CLAUDIA A FRI | N/A | Discover | Y |
| 09/25/06 | Friday | 2021 | 524 | Return | Individualist | 704 | 9697 | 4853972 | Fedra, Raisa | Hourly | 6.77 | ($574.43) | N | Debit Card | | CLAUDIA FRI | N/A | Mastercard | Y |
| 09/25/06 | Monday | 1819 | 524 | Return | Individualist | 702 | 830 | 4269692 | D'Alessio, Giovanni | Hourly | 7.35 | ($247.87) | N | Debit Card | | CLAUDIA FRI | N/A | Mastercard | N |
| 09/05/06 | Tuesday | 1830 | 529 | Return | Customer Service | 1201 | 1090 | 7428723 | Mcrea, fhore | Hourly | 3.52 | ($104.59) | N | Debit Card | | CLAUDIA FRI | N/A | Mastercard | Y |
| 09/05/06 | Tuesday | 1845 | 529 | Return | Customer Service | 1202 | 1576 | 7322498 | Eskra, Stephanie | Hourly | 7.87 | ($104.59) | N | Debit Card | | CLAUDIA FRI | N/A | Mastercard | Y |
| 09/13/06 | Wednesday | 1848 | 529 | Return | Customer Service | 1201 | 2747 | 6703755 | Gocan, Zohann | Hourly | 7.12 | ($579.85) | N | Debit Card | 4466 | CLAUDIA FRI | N/A | Mastercard | Y |

Statement period: 08/01/06 THRU 09/01/06    Account # 0000997493    Page 2 of 3

## FASTRACK CHECKING - S71

| Date | Transaction | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| Aug01 | PREVIOUS BALANCE | | | 10.51 |
| Aug01 | ATM FEE    NY18117734 | -0.50 | | 10.01 |
| | ---> +CHASE VALLEY STREAM NY | | | |
| Jul31 | *VISA PURCHASE    *621324838 | -46.00 | | -35.99 |
| | ---> EXXONMOBIL75 0474WESTBURY NY 5542 | | | |
| Aug02 | NEG BAL TRANSFER | | 22.31 | -13.68 |
| Aug25 | ATM DEP ACI    05240704 | | 874.43 | 860.75 |
| | ---> *NORDSTROM GARDEN CITY NY | | | |
| Aug25 | ATM WD ACI    NY1811 | -801.50 | | 59.25 |
| | ---> +CHASE VALLEY STREAM NY | | | |
| Aug26 | ATM FEE    M001439669 | -0.50 | | 58.75 |
| | ---> +HSBC GARDEN CITY NY | | | |
| Aug26 | ATM FEE    NY18114339 | -0.50 | | 58.25 |
| | ---> +CHASE VALLEY STREAM NY | | | |
| Aug26 | ATM FEE    NY18114340 | -1.00 | | 57.25 |
| | ---> +CHASE VALLEY STREAM NY | | | |
| Aug28 | ATM DEP ACI    05240702 | | 247.67 | 304.92 |
| | ---> *NORDSTROM GARDEN CITY NY | | | |
| Aug28 | ATM WD ACI    M0014301 | -281.75 | | 23.17 |
| | ---> +HSBC GARDEN CITY NY | | | |
| Aug29 | ATM FEE    M001431102 | -0.50 | | 22.67 |
| | ---> +HSBC GARDEN CITY NY | | | |
| Aug29 | ATM FEE    M001431104 | -1.00 | | 21.67 |
| | ---> +HSBC GARDEN CITY NY | | | |
| Aug29 | *VISA PURCHASE    *624125720 | -20.85 | | 0.82 |
| | ---> WALDBAUM'S #27284 VALLEY STREAMNY 5411 | | | |
| Sep01 | NEW BALANCE | | | 0.82 |

## SUMMARY FOR PERIOD

| Account | Beginning Balance | Deposits Payments | Disbursed Advances | Ending Balance | Dividends/Interest Paid For Period | For Year |
|---|---|---|---|---|---|---|
| SHARE 1 | 0.00 | 7.50 | 7.50 | 0.00 | 0.00 | 0.00 |
| SHARE 62 | 29.81 | 0.00 | 29.81 | 0.00 | 0.00 | 0.20 |
| SHARE 71 | 10.51 | 1,144.41 | 1,154.10 | 0.82 | 0.00 | 0.00 |

TOTAL DIVIDEND YTD:    0.20    TOTAL FINANCE CHARGE YTD FOR ALL LOANS:    0.00

Dividends shown, if over $10, will be reported to the IRS for this calendar year.

00601