

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2008

**BY FEDERAL EXPRESS**

To:   Defense Counsel Listed Below

        Re:   United States v. Jhamel Sean Francis, et al.
               07 Cr. 672 (RJH)

Dear Counsel:

      At our last status conference before Judge Holwell, you requested additional information about the discovery that has been produced in this case. In particular, you have requested additional information regarding the identity of the victims of the credit card fraud scheme set forth in the Indictment, and which documents pertain to which defendants, where that information is available.

      Although the Government does not have an obligation to provide information that is equally available to defense counsel from the discovery already produced,[1] the Government nevertheless is providing under this cover letter a list which identifies various victims by number, providing the last four digits of their account numbers where available, and identifying by bates number the documents pertaining to each victim. Please also note that this list does not purport to identify all of the victims of the fraudulent scheme. For example, there were some 50 gift cards found at Claudia Francis' house when she was arrested (see documents bates numbered 03107-03172). These documents are not on the enclosed list, and may have been purchased with accounts or credit cards belonging to yet other unidentified victims.

      You have also asked the Government to identify which of the Nordstrom documents pertain to which defendants. As I have previously explained, the defendants' names

---

[1] There was a claim at the conference that the credit card numbers of the victims had been redacted from the discovery produced, and therefore defense counsel were unable to determine which documents pertained to which victims. However, most of the discovery produced by the Government left unredacted the last four digits of account numbers, thereby enabling defense counsel to identify what documents pertained to which victims. Where the entire account number was inadvertently redacted, the Government will re-produce those pages of the discovery leaving the last four digits unredacted.

All Defense Counsel
January 15, 2008
Page 2

appear on these documents. Nonetheless, the Government provides the following information identifying which Nordstrom documents pertain to which defendants:

| **Defendant** | **Documents identified by bates numbers** |
|---|---|
| Dominik Rawle | 02244-02271 |
| Claudia Francis | 02272-02302 |
| Lennie Nurse | 02303-02324 |
| Kenneth Francis | 02325-02344 |
| Jhamel Francis | 02346-02583 |
| Ebony Dennis | 02584-02709 |

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Antonia M. Apps
Assistant United States Attorney
(212) 637-2198

Enclosures

All Defense Counsel
January 15, 2008
Page 3

To:

Marilyn S. Reader, Esq.
Attorney at Law
94 North Chatsworth Avenue
Larchmont, New York 10538

John J. Byrnes, Esq.
Federal Defenders of New York, Inc.
52 Duane Street–10th Floor
New York, NY 10007

Vincent J. Briccetti, Esq.
Briccetti, Calhoun & Lawrence, LLP
81 Main Street, Suite 450
White Plains, New York 10601

Sam Braverman, Esq.
Attorney at Law
901 Sheridan Avenue
Bronx, New York 10451

Jason Russo, Esq.
Gaitman & Russo
626 Reckson Plaza
West Tower, 6th Floor
Uniondale, NY 11556

Nancy Ennis, Esq.
Quijano & Ennis
381 Park Avenue South
Suite 701
New York, New York 10016

United States v. Jhamel Sean Francis, et al.
07 Cr. 672 (RJH)
January 15, 2008

| Victim Number | Account # | Bates Numbers |
|---|---|---|
| 1 | xxxx-xxxx-xxxx-**0240**<br>xxxx-xxxx-xxxx-**3010** | 00003-00032; 00173-00182; 01339-01376; 02095; 02100; 02548-02555; 02566-02573; 02740; 03020 |
| 2 | xxxx-xxxx-xxxx-**5033** | 00035-00050; 00165-00171; 02346-02356 |
| 3 | xxxx-xxxx-xxxx-**2191** | 00053-00069; 00147-00152; 02250-02267; 02625-02631; 02646-02652; 02660-02675; 02692-02699 |
| 4 | xxxx-xxxx-xxxx-**2210**<br>xxxx-xxxx-xxxx-**5462**<br>xxxx-xxxx-xxxx-**8165** | 00077-00116; 00137-00144; 02080; 02083; 02357-02366; 02244-02249; 02268-02277; 02303-02324; 02690-02691; 03045-03053 |
| 5 | xxxx-xxxx-xxxx-**8703** | 00119-00134; 00155-00162 |
| 6 | xxxx-xxxx-xxxx-**6261** | 00184-00234; 01996-02000 |
| 7 | xxxx-xxxx-xxxx-**2062** | 00236-00245 |
| 8 | xxxx-xxxx-xxxx-**3031**<br>xxxx-xxxx-xxxx-**3356** | 01223-01338; 02093; 02101; 02103; 02515-02521; 02340; 02706-02707 |
| 9 | xxxx-xxxx-xxxx-**6923** | 01377-01463; 02389-02404; 02413-02426; 02278-02302; 02325-02339 |
| 10 | xxxx-xxxx-xxxx-**8102**<br>xxxx-xxxx-xxxx-**9667**<br>xxxx-xxxx-xxxx-**0312** | 01464-01700; 02067-02073; 02104; 02470-02483 |
| 11 | xxxx-xxxx-xxxx-**3268** | 01701-01720 |
| 12 | xxxx-xxxx-xxxx-**9417** | 01828-01881; 02002; 02574-02590 |
| 13 | xxxx-xxxx-xxxx-**2315**<br>xxxx-xxxx-xxxx-**9181** | 01882-01939; 02076; 02078; 02632-02645; 02653-02659; 02676-02689; 03025-03036 |
| 14 | xxxx-xxxx-xxxx-**4403** | 01940-01979; 02341 |
| 15 | xxxx-xxxx-xxxx-**4753** | 01983-01994; 02736; 03019 |
| 16 | xxxx-xxxx-xxxx-**3268** | 02342-02343; 02367-02388; 02405-02412; 02427-02435; 02499-02505; 02522-02528; 02703-02705; 02741; 02744; 03021-03022 |

| 17 |                      | 02001       |
|----|----------------------|-------------|
| 18 |                      | 02013       |
| 19 | xxxx-xxxx-xxxx-0018  | 02014       |
| 20 |                      | 02014       |
| 21 | xxxx-xxxx-xxxx-0587  | 02015       |
| 22 | xxxx-xxxx-xxxx-8116  | 02015-02016 |
| 23 | xxxx-xxxx-xxxx-0740  | 02016-02017 |
| 24 | xxxx-xxxx-xxxx-2379  | 02020-02021 |
| 25 |                      | 02055-02056 |
| 26 |                      | 02055-02056 |
| 27 | xxxx-xxxx-xxxx-3356  | 02708-02709 |
| 28 | xxxx-xxxx-xxxx-8810  | 02737       |
| 29 | xxxx-xxxx-xxxx-0892  | 03037-03044 |

The Government reserves the right to supplement or amend this list in the event it discovers additional information or determines that the list is in any way inaccurate.