**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2007



**BY FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:   United States v. Jhamel Sean Francis, et al.
           07 Cr. 672 (RJH)

Dear Judge Holwell:

    The conference at which the Court will rule on defendant Claudia Francis' pre-trial motions has been scheduled for July 10, 2008 at 2:30 p.m. The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until July 10, 2008, as to all defendants, in the interests of justice, to allow a resolution of the motion.

*Application Granted*
*SO ORDERED*
[signature]
6/4/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Antonia M. Apps
Assistant United States Attorney
Tel: (212) 637-2198

cc:   All Defense Counsel