UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

------------------------------------------------------------x
                                              :
UNITED STATES of AMERICA,                     :     07 Crim. 00672 (RJH)
                                              :
                  Plaintiff,                  :
                                              :
         -against-                            :     **ORDER**
                                              :
JHAMEL S. FRANCIS, et al,                     :
                                              :
                                              :
                  Defendant.                  :
                                              :
------------------------------------------------------------x

A pretrial conference shall be held on July 17, 2008, at 2:30 p.m.,

in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street,

New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge