

# GAITMAN & RUSSO

626 Rexcorp Plaza

Uniondale, new York 11556

(516) 522-2730

1-866-519-4063

July 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/08

Via Facsimile
Hon. Richard Holwell
United States District Court
500 Pearl Street
New York, New York 10007

RE:   U.S. v. Dominik Rawle     07 CR 00672-05

Dear Judge Holwell:

I am writing on behalf of my client, Dominik Rawle, to request a modification of his travel restrictions under the terms of his pre-trial release.

Mr. Rawle's current conditions restrict his travel to the Southern District of New York and the State of New Jersey. Mr. Rawle is seeking permission to travel to the State of Florida, leaving today and returning next week (a complete itinerary has been provided to pre-trial services). Mr. Rawle wishes to travel to Florida to join his family for an annual gathering in the Orlando area.

I have discussed this application with A.U.S.A. Antonia Apps and Mr. Rawle's pre-trial officer. Neither of which have any objection to this request. Mr. Rawle has been completely compliant with the terms of his pre-trial release and it is anticipated that Mr. Rawle will be entering into a plea agreement with the Government within the next 30 days.

We thank the Court for your consideration of this request.

Very truly yours,

CC: AUSA ANTONIA APPS
    U.S. Pre-Trial Services

Jason Russo

SO ORDERED:

USDJ
7/11/08