U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 11, 2008



RECEIVED
JUL 11 2008
CHAMBERS OF
RICHARD J. HOLWELL

BY HAND

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:    United States v. Jhamel Sean Francis, et al.
           07 Cr. 672 (RJH)

Dear Judge Holwell:

    The conference in the above-captioned case scheduled for July 10, 2008 was adjourned. The parties are next scheduled to appear before the Court on July 17, 2008. The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until July 17, 2008 in the interests of justice. This additional time will allow the parties to continue discussions regarding a possible disposition of the case.

*Application Granted*

*SO ORDERED*

*[signature]*
*USDJ*
*7/14/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Antonia M. Apps
Assistant United States Attorney
Tel: (212) 637-2198
Fax: (212) 637-2387

cc:    All defense counsel