# GAITMAN & RUSSO

626 Rexcorp Plaza

Uniondale, new York 11556

(516) 522-2730

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

RECEIVED
AUG -8 2008
CHAMBERS OF
RICHARD J. HOLWELL

August 7, 2008

Via Facsimile
Hon. Richard Holwell
United States District Court
500 Pearl Street
New York, New York 10007

RE:   U.S. v. Dominik Rawle          07 cr 672-05

Dear Judge Holwell:

I am writing on behalf of my client, Dominik Rawle, to request a modification of his travel restrictions under the terms of his pre-trial release.

Mr. Rawle's current conditions restrict his travel to the Southern District of New York and the State of New Jersey. Mr. Rawle is seeking permission to travel with his family on an annual cruise the Family takes to the Caribbean. The itinerary for this trip is as follows:

Mr. Rawle will be traveling on Blue World Travel Cruise Line

1. 8/9 – Depart Miami
2. 8/10 - Half Moon Cay
3. 8/11 - At Sea
4. 8/12 - St. Thomas
5. 8/13 - San Juan
6. 8/14 - Grand Turk, Turks and Caicos
7. 8/15 - At Sea
8. 8/16 – Arrive at Miami/return to New Jersey

*Application Granted*

*SO ORDERED*

*USDJ*
*8/8/08*

**NOTE**: Mr. Rawle does **NOT** have possession of his passport, **NOR DOES** he require one to travel on this cruise.

Mr. Rawle has been completely compliant with the terms of his pre-trial release. Moreover, most recently the Court approved Mr. Rawle for travel to the State of Florida during which he complied with all terms of his pre-trial release. He clearly demonstrated that he could be responsible and timely returned to the jurisdiction.

Lastly, the defendant has been furnished a plea agreement under which he would be facing a relatively short period of incarceration under the advisory guidelines and the possibility of a probationary sentence. The defendant would have no reason to abscond at this juncture.

We thank the Court for your consideration of this request.

Very truly yours,

Jason Russo

CC: AUSA ANTONIA APPS
    U.S. Pre-Trial Services